Case 1:11-cv-01129-RGA   Document 7   Filed 12/27/11   Page 1 of 2 PageID #: 118

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROVI CORPORATION, ROVI GUIDES, INC., GEMSTAR DEVELOPMENT CORPORATION, UNITED VIDEO PROPERTIES, INC., and INDEX SYSTEMS, INC., <br><br>　　　　　Plaintiffs <br><br>　v. <br><br>VIZIO, INC., <br><br>　　　　　Defendant. | § § § § § § § § § § § § § § § § | Civil Action No. 11-1129-RGA |

## STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiffs Rovi Corporation, Rovi Guides, Inc., Gemstar Development Corporation, United Video Properties, Inc., and Index Systems, Inc. (collectively, "Rovi") and defendant Vizio, Inc. ("Vizio"), hereby stipulate and agree that the deadline for Vizio to answer, move, or otherwise respond to the Complaint is extended through and including January 19, 2012.

_____
Francis DiGiovanni (#3189)
Chad S.C. Stover (#4919)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com
cstover@cblh.com

*Attorneys for Plaintiffs,*
*Rovi Corporation, Rovi Guides, Inc., Gemstar*
*Development Corporation, United Video*
*Properties, Inc., and Index Systems, Inc.*

_____
Jerry C. Huang
Vizio, Inc.
39 Tesla
Irvine, CA 92618

*Attorneys for Defendant,*
*Vizio, Inc.*

Dated: December 27, 2011

- 2 -

IT IS SO ORDERED this _____ day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

4592349v1